## SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT" — 043655

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 3/2/19 | 3/7/19 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.80 | 39.75 | 826.80 | Gross | 1,115.40 | 8,733.40 |
| Overtime | 31.20 | 9.25 | 288.60 | Fed_Income | -112.56 | -888.62 |
| | | | | Soc_Sec | -69.15 | -541.46 |
| | | | | Medicare | -16.17 | -126.63 |
| | | | | State | -31.63 | -229.90 |
| | | | | Local | -27.89 | -218.36 |
| | | | | UnionDues | -55.00 | -165.00 |
| | | | | VAC_Accrue | | -8.00 |
| | | | | Personal | | -16.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 49.00 | 1,115.40 | 8,733.40 | $803.00 | 43655 |

## SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT" — 043664

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 3/9/19 | 3/14/19 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.80 | 38.00 | 790.40 | Gross | 1,001.00 | 9,734.40 |
| Overtime | 31.20 | 6.75 | 210.60 | Fed_Income | -105.43 | -994.05 |
| | | | | Soc_Sec | -62.06 | -603.52 |
| | | | | Medicare | -14.51 | -141.14 |
| | | | | State | -27.33 | -257.23 |
| | | | | Local | -25.03 | -243.39 |
| | | | | UnionDues | | -165.00 |
| | | | | VAC_Accrue | | -8.00 |
| | | | | Personal | | -16.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 44.75 | 1,001.00 | 9,734.40 | $766.64 | 43664 |

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 3/16/19 | 3/21/19 |

| ITEM | RATE | HOURS | TOTAL | | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular | 20.80 | 38.00 | 790.40 | | Gross | 946.40 | 10,680.80 |
| Overtime | 31.20 | 5.00 | 156.00 | | Fed Income | -98.88 | -1,092.93 |
| | | | | | Soc Sec | -58.68 | -662.20 |
| | | | | | Medicare | -13.72 | -154.86 |
| | | | | | State | -25.27 | -282.50 |
| | | | | | Local | | -267.05 |
| | | | | | UnionDues | -23.66 | -165.00 |
| | | | | | VAC Accrue | | -8.00 |
| | | | | | Personal | | -16.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 43.00 | 946.40 | 10,680.80 | $726.19 | 43672 |

043672

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 3/23/19 | 3/28/19 | 043680 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.80 | 28.50 | 592.80 | Gross | 594.36 | 11,275.16 |
| Overtime | 31.20 | 0.05 | 1.56 | Fed Income | -56.74 | -1,149.67 |
| | | | | Soc Sec | -36.85 | -699.05 |
| | | | | Medicare | -8.62 | -163.48 |
| | | | | State | -12.97 | -295.47 |
| | | | | Local | -14.86 | -281.91 |
| | | | | UnionDues | | -165.00 |
| | | | | Vac Accrue | | -8.00 |
| | | | | Personal | | -16.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 28.55 | 594.36 | 11,275.16 | $464.32 | 43680 |

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 3/30/19 | 4/4/19 |

| ITEM | RATE | HOURS | TOTAL | | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular | 20.80 | 39.75 | 826.80 | | Gross | 865.80 | 12,140.96 |
| Overtime | 31.20 | 1.25 | 39.00 | | Fed Income | -82.60 | -1,232.27 |
| | | | | | Soc Sec | -53.68 | -752.73 |
| | | | | | Medicare | -12.55 | -176.03 |
| | | | | | State | -22.24 | -317.71 |
| | | | | | Local | -21.65 | -303.56 |
| | | | | | UnionDues | -55.00 | -220.00 |
| | | | | | VAC Accrue | | -8.00 |
| | | | | | Personal | -8.00 | -24.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 41.00 | 865.80 | 12,140.96 | $618.08 | 43697 |

043697

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 4/6/19 | 4/11/19 | 043699 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.80 | 39.00 | 811.20 | Gross | 920.40 | 13,061.36 |
| Overtime | 31.20 | 3.50 | 109.20 | Fed Income | -89.16 | -1,321.43 |
| | | | | Soc Sec | -57.06 | -809.79 |
| | | | | Medicare | -13.35 | -189.38 |
| | | | | State | -24.29 | -342.00 |
| | | | | Local | -23.01 | -326.57 |
| | | | | UnionDues | -55.00 | -275.00 |
| | | | | VAC Accrue | | -8.00 |
| | | | | Personal | | -24.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 42.50 | 920.40 | 13,061.36 | $658.53 | 43699 |

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE | 043724 |
|---|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 4/27/19 | 5/2/19 | |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.80 | 39.00 | 811.20 | Gross | 936.00 | 15,572.96 |
| Overtime | 31.20 | 4.00 | 124.80 | Fed Income | -97.63 | -1,578.75 |
| | | | | Soc Sec | -58.03 | -965.50 |
| | | | | Medicare | -13.57 | -225.79 |
| | | | | State | -24.88 | -405.75 |
| | | | | Local | | -389.37 |
| | | | | UnionDues | -23.40 | -275.00 |
| | | | | VAC Accrue | | -24.00 |
| | | | | Personal | | -24.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 43.00 | 936.00 | 15,572.96 | $718.49 | 43724 |

# SHANTZ CARTAGE, INC. "PAYROLL ACCOUNT"

**043732**

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| ANDERSON | MICHAEL S. ANDERSON | | 5/4/19 | 5/9/19 |

| ITEM | RATE | HOURS | TOTAL | | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular | 20.80 | 31.75 | 660.40 | | Gross | 886.68 | 16,459.64 |
| Overtime | 31.20 | 1.75 | 54.60 | | Fed Income | -91.71 | -1,670.46 |
| Roadtrip | 1.00 | 171.68 | 171.68 | | Soc Sec | -54.97 | -1,020.47 |
| | | | | | Medicare | -12.86 | -238.65 |
| | | | | | State | -23.02 | -428.77 |
| | | | | | Local | -22.17 | -411.54 |
| | | | | | UnionDues | | -275.00 |
| | | | | | VAC Accrue | | -24.00 |
| | | | | | Personal | | -24.00 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 205.18 | 886.68 | 16,459.64 | $681.95 | 43732 |

IN RE: Kathryn Farnse Anderson     CASE NO: _____

(Insert Name(s) of Debtor(s))

Address 1546 S. Linden
Alliance, OH 44601

Last 4 digits of SSN and/or EIN:
3030

Debtor(s).

CHAPTER 7

## Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I *, Kathryn F. Anderson (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

___ a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

___ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

___ c) I am self-employed and do not receive any evidence of payment from an employer;

_X_ d) Other (Please Explain) Retired

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 7 day of May, 2019.

     K. F. Anderson (Signature of Debtor)
     Debtor

*A separate form must be filed by each Debtor